UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 JUN 30 PM 1:41
CLERK
BY KP
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 5:21-cr-53-1
)
TIMOTHY J. SLADE (a.k.a. "TJ"), )
                Defendant. )

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between in and about September 2016 and in and about July 2017, in the District of Vermont, defendant TIMOTHY J. SLADE (a.k.a. "TJ") knowingly used and maintained a place; that is, 951 Thompsonburg Road, Londonderry, Vermont, for the purpose of manufacturing, distributing, and using controlled substances.

(21 U.S.C. § 856(a)(1))

## COUNT TWO

On or about July 11, 2017, in the District of Vermont, defendant TIMOTHY J. SLADE (a.k.a. "TJ") knowingly and intentionally distributed heroin, a Schedule I controlled substance, to K.J.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

_Jonathan A. Ophardt_ (by JRP)
JONATHAN A. OPHARDT
Acting United States Attorney
Rutland, Vermont
June 30, 2021